HARRY M. ELISH et al., Appellants, *v.* ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, Respondent, et al., Defendants.

Submitted October 6, 1952; decided October 9, 1952.

*Abraham K. Weber* for motion.

*Willkie Owen Farr Gallagher & Walton* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.